PROB 22 (Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
0100 2:04-CR-48

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
05-10253

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dan Tran<br>Massachusetts | MAINE | |
| | NAME OF SENTENCING JUDGE<br>George Z. Singal, Chief U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/21/04 — TO 12/20/06 |

OFFENSE

Distribution of Cocaine

21:841(a)(1) and (b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/31/05

Date                                                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 14, 2005

Effective Date                                                                   William G. Young
                                                                                          United States District Judge